UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

TEDDY LEWIS,

                               Plaintiff,

                                                                     <u>DECISION AND ORDER</u>

                                                                       05-CV-6432L

                          v.

A. ZON, et al.,

                              Defendants.
_____

    Plaintiff's *pro se* motion for a preliminary injunction (Dkt. #59) is denied. There appear to be factual issues that need to be resolved in order to determine whether plaintiff is entitled to the relief that he seeks.

    IT IS SO ORDERED.

                                                 _____
                                                      DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
       April 24, 2007.